UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL SCOTT WILLIS,

    Plaintiff,

v.                                            Case No: 8:16-cv-305-T-36AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on March 24, 2020 (Doc. 21). In the Report and Recommendation, Magistrate Judge Sansone recommends that Attorney Richard A. Culbertson's motion for attorney's fees under 42 U.S.C. Section 406(b) (Doc. 19) be granted and that Attorney Culbertson be awarded $4,767.38 in attorney's fees. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) is GRANTED.

(3) Attorney Richard A. Culbertson is awarded $4,767.38 in attorney's fees (25% of the past-due benefits, $8,417.00, minus the EAJA fees previously awarded, $3,649.62).

**DONE AND ORDERED** at Tampa, Florida on April 10, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record